UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
KAREEM NELSON

             Plaintiff,                        CASE NO.: 1:20-cv-1886-JPO

    v.                                        **NOTICE OF VOLUNTARY**
                                                **DISMISSAL WITH PREJUDICE**

KEITH RESTAURANT, INC. d/b/a China Chalet,
and 47 BWAY ACQUISITION CORP.,

            Defendants.
-----------------------------------------------------X

       Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KAREEM NELSON, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to the Defendants KEITH RESTAURANT, INC. d/b/a China Chalet, and 47 BWAY ACQUSITION CORP.

Dated:  Garden City, New York
            _July 20_____, 2020

                                                      Respectfully submitted,

                                                      **Bashian & Papantoniou, P.C.**
                                                      *Attorneys for Plaintiff*
                                                      500 Old Country Road, Ste. 302
                                                      Garden City, NY 11530
                                                      Tel: (516) 279-1554
                                                      Fax: (516) 213-0339

                                                      **By:** _____
                                                      **ERIK M. BASHIAN, ESQ.**
                                                      eb@bashpaplaw.com